**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY WILLIAMS,

        Petitioner,

    v.

KEVIN SUTTER, et al.,

        Respondents.

Civ. No. 16-255 (BJR)

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and no objections having been filed, **HEREBY ORDERS:**

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Respondents' Motion to Dismiss (ECF 20) is **GRANTED**.

(3) The amended petition for habeas corpus (ECF 12) is **DENIED**.

(4) A certificate of appealability is **DENIED** with respect to all claims.

(5) The case is **CLOSED**.

(6) The Clerk shall send copies of this Order to the parties.

**SO ORDERED.**

Dated this 7th day of August, 2017.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge